# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY H. PHILSON,
Appellant,

vs.

JO GENTRY, WARDEN; NDOC/OMD;
AND THE STATE OF NEVADA,
Respondents.

No. 73790

FILED

OCT 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested in his petition. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Linda Marie Bell, District Judge
Roy H. Philson
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-37114